UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONALD DANTE BRADFORD, | |
|---|---|
| Plaintiffs, | Case No. 24-cv-01444 BLF |
| v. | **ORDER OF RECUSAL** |
| MARTINEZ COKA COLA REFINERY, | |
| Defendant. | |

I, the undersigned Judge of the court, finding myself disqualified from presiding over the above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant to the applicable provisions of this District's Assignment Plan.

**IT IS SO ORDERED.**

Dated:  ___April 10, 2024_____

BETH LABSON FREEMAN
United States District Judge

Order of Recusal
P:\PRO-SE\BLF\CR.24\01444Bradford_recusal